No. 97–456. WILLIAMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–460. RAPANOS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–466. JONES v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 97–476. AVRETT v. POLY-AMERICA, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–5008. LARRY v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 97–5042. NANNEY v. RANEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–5088. AMAYA-ALVARADO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5095. McNEAL v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 97–5097. THICKSTUN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5116. WALDRIP v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 97–5187. LAGRONE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 97–5264. CUNNINGHAM v. RUBIN, SECRETARY OF THE TREASURY, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–5270. BOWE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5383. I. D. P., JUVENILE MALE, ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5441. WHITE v. HOFFMAN-LA ROCHE, INC. C. A. 11th Cir. Certiorari denied.